■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE TOLBERT, Appellant. [991 NYS2d 903]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (DiMango, J.), imposed November 23, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Pressley*, 116 AD3d 794 [2014]), and thus, does not preclude review of his claim that his sentence was excessive. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Chambers and Austin, JJ., concur.